No. 03–9015.  CIANCAGLINI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 03–9019.  GATES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9022.  HOLT v. FLEMING, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 03–9024.  FLOWERS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–9025.  HOFFMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–9027.  WALL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–9028.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–9035.  GIL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9040.  OUTLEY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–9041.  MCARTHUR v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–9042.  MORALES-MADERA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–9044.  VARGAS-DURAN v. UNITED STATES; MORALES-VEGA v. UNITED STATES; and LOZANO-SALAZAR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9047.  STOKES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–9048.  SHRYOCK ET AL. v. UNITED STATES; and
No. 03–9159.  THERRIEN ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.